# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTON DIMITRIS,<br><br>    Plaintiff,<br><br>  v.<br><br>J. PAIR,<br><br>    Defendant. | Case No.: 1:19-cv-00460-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER AND FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>[ECF No. 6] |

Plaintiff Quenton Dimitris is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 15, 2019, the Court found that Plaintiff's complaint failed to state a cognizable claim for relief and granted Plaintiff thirty days to file an amended complaint addressing the deficiencies identified by the Court. (ECF No. 6.) More than thirty days have passed, and Plaintiff has not complied with or otherwise responded to the order.

///

///

///

///

///

1

Accordingly, it is HEREBY ORDERED that within **fourteen (14) days** from the date of service of this order, Plaintiff shall show cause in writing why the action should not be dismissed. Plaintiff is warned that the failure to comply with this order will result in a recommendation to a district judge that the action be dismissed for failure to comply with a court order and failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated: **May 28, 2019**

UNITED STATES MAGISTRATE JUDGE